UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

YOLANDA CAROL BREITELS,

            Plaintiff,

     v.

FRANK BISIGNANO, Commissioner of Social Security,

            Defendant.

Case No.  1:25-cv-01486-KES-FRS (SKO)

**ORDER GRANTING STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME**

(Doc. 13)

Before the Court is the Stipulation and Unopposed Motion, filed by Plaintiff Yolanda Carol Breitels, for an extension of time.  Because the Court finds good cause (Fed. R. Civ. P. 16(b)(4)), and absent objection from Defendant, the Court hereby GRANTS the request.  It is hereby ORDERED that the Plaintiff has until **March 23, 2026**, to file her Opening Brief.  Accordingly, Defendant's deadline to file their responsive brief is extended to **April 22, 2026**.  Plaintiff's deadline to file a reply brief, if any, is extended to **May 6, 2026**.

IT IS SO ORDERED.

Dated:   **January 16, 2026**                    /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE

1