# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA CAROL BREITELS,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>Defendant. | Case No. 1:25-cv-01486-KES-FRS (SKO)<br><br>**ORDER GRANTING STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME**<br><br>(Doc. 15) |

Pursuant to the parties' foregoing stipulation and unopposed motion, (Doc. 15), and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS ORDERED that Plaintiff shall have up to and including May 22, 2026, to serve Plaintiff's Motion for Summary Judgment on Defendant. All other dates in the Scheduling Order, (Doc. 6), are enlarged accordingly.

IT IS SO ORDERED.

Dated: __**March 23, 2026**__          __/s/ *Sheila K. Oberto*__
                                        UNITED STATES MAGISTRATE JUDGE