ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    Program Litigation 1
    Law & Policy
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA CAROL BREITELS,<br><br>          Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | No. 1:25-cv-01486-KES-FJS<br><br>STIPULATED MOTION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

Defendant respectfully moves for an extension of thirty (30) days to respond to Plaintiff's Motion for Summary Judgment in this case, from the current due date of June 22, 2026, to the new date of July 22, 2026. Plaintiff's counsel was contacted and indicated his willingness to stipulate to this extension request. This is Defendant's first request for an extension in this case and is based on the following.

Good cause exists for this request. Defendant respectfully requests this additional time because Counsel for Defendant has and will be unable to devote the time required to complete its response given competing workload requirements. Counsel will also be out of the office various

Stipulated Motion for Extension of Time

days over the next couple weeks for vacation (June 17, 2026, through June 22, 2026).  An extension until July 22, 2026, will provide the opportunity for the undersigned Counsel for Defendant to prioritize completing the response to Plaintiff's Motion for Summary Judgment. The undersigned Counsel apologizes to the Court and Plaintiff's counsel for any inconvenience caused by this request and delay.  All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

ERIC GRANT
United States Attorney

DATE: June 17, 2026          By:    *s/ Oscar Gonzalez de Llano*
OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
Attorneys for Defendant

Respectfully submitted,

DATE: June 17, 2026          By:    *s/ Melissa A. Palmer*
Melissa A. Palmer
Olinsky Law Group
Attorney for Plaintiff
(*as authorized by email)

ORDER

Pursuant to the parties' stipulated motion and order for an extension of time to respond to plaintiff's motion for summary judgment, IT IS SO ORDERED that Defendant shall have an extension, up to and including July 22, 2026, to respond to Plaintiff's motion for summary judgment.

IT IS SO ORDERED.

Dated:    **June 18, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

3