ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Oscar Gonzalez de Llano
Special Assistant United States Attorney
 Social Security Administration
 Program Litigation 1
 Law & Policy
 6401 Security Boulevard
 Baltimore, MD 21235
 Telephone: (510) 970-4818
 Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA CAROL BREITELS,<br><br>   Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | No. 1:25-cv-01486-KES-FJS<br><br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will further develop the record as necessary, offer the claimant the opportunity for a hearing and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Stip. to Remand; Order

Respectfully submitted this 7th day of July, 2026.

ERIC GRANT
United States Attorney

By:    *s/ Oscar Gonzalez de Llano*
OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
Attorneys for Defendant


By:    *s/ Melissa A. Palmer*
Melissa A. Palmer
Olinsky Law Group
(*as authorized by email)
Attorney for Plaintiff

Stip. to Remand; Order

**<u>ORDER</u>**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court is directed to enter judgment in favor of plaintiff Yolanda Carol Breitels and against defendant Commissioner of Social Security.  The Clerk of the Court is also directed to terminate any pending motions and close this case.

IT IS SO ORDERED.

Dated:  __July 7, 2026__

_____
UNITED STATES DISTRICT JUDGE

Stip. to Remand; Order